**In re Lawrence R. NICKELL, Jr.**

**No. 90–SC–409–KB.**

Supreme Court of Kentucky.

Sept. 6, 1990.

ORDER OF REINSTATEMENT

On recommendation of the Board of Governors of the Kentucky Bar Association Lawrence R. Nickell, Jr. is hereby reinstated to the practice of law.

Mr. Nickell shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.

/s/ Robert F. Stephens
Chief Justice

**In re Richard L. WILSON.**

**No. 90–SC–390–KB.**

Supreme Court of Kentucky.

Sept. 6, 1990.

ORDER OF REINSTATEMENT

On recommendation of the Board of Governors of the Kentucky Bar Association Richard L. Wilson is hereby reinstated to the practice of law.

Mr. Wilson shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.

/s/ Robert F. Stephens
Chief Justice

**Janice M. WEISS, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 90–SC–522–KB.**

Supreme Court of Kentucky.

Sept. 6, 1990.

ORDER

The application of the movant, Janice M. Weiss, to be reinstated to the practice of law in the Commonwealth of Kentucky, is hereby granted. SCR 3.500.

All concur.

/s/ Robert F. Stephens
Chief Justice